UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DANIEL DIGGS,<br><br>   Plaintiffs,<br><br>v.<br><br>BOARD OF CORRECTIONS, et al.,<br><br>   Defendants. | Case No. 1:11-cv-00353-REB<br><br>**ORDER** |

The Court earlier permitted Plaintiff to proceed against Defendants Mark Comstock, George McElroy, John Grecho, Jeff Shehan, and "Director of Nursing Britsy." (Dkt. 20.) Director Britsy Delao answered the Amended Complaint (Dkt. 25), and, subsequently, Plaintiff and Delao filed a Stipulation for Dismissal without Prejudice. (Dkt. 27.) Counsel for the Idaho Department of Correction has filed a notice indicating that he will not be appearing for any of the other named Defendants. (Dkt. 23.)

Accordingly, **IT IS ORDERED** that Plaintiff shall provide physical service of process addresses for the remaining Defendants **no later than 60 days** after entry of this Order; failure to do so will result in dismissal of this case without prejudice.

**ORDER - 1**



DATED: **October 3, 2012**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER - 2**