UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DANIEL DIGGS,<br><br>                Plaintiffs,<br><br>v.<br><br>BOARD OF CORRECTIONS, et al.,<br><br>                Defendants. | Case No. 1:11-cv-00353-REB<br><br>**ORDER** |

      Pending before the Court is the stipulation of the parties to dismiss without prejudice all claims against Defendant Bristy Delao (also known as "Director of Nursing Britsy"). (Dkt. 27.) Good cause appearing, **IT IS ORDERED** that all claims against Defendant Bristy Delao are DISMISSED without prejudice.

DATED: **November 5, 2012**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

ORDER - 1