UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DANIEL DIGGS,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOARD OF CORRECTIONS, et al.,<br><br>                    Defendants. | Case No. 1:11-cv-00353-REB<br><br>**ORDER** |

All parties who have appeared in this matter have consented to the jurisdiction of a United States Magistrate Judge to enter final orders in this case. (Dkt. 29.) Plaintiff was ordered to provide physical addresses for service of process for the remaining Defendants no later than December 3, 2012. (Dkt. 28.) Plaintiff was warned that failure to do so would result in dismissal of his case without prejudice. (*Id.*) Plaintiff has done nothing further in this case to indicate that he wishes to proceed. Accordingly, **IT IS ORDERED** that this entire case is DISMISSED without prejudice.

DATED:  **December 26, 2012**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER - 1**